JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
City of Vallejo, and Robert Nichelini

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| JOHN ROE and JANE DOE,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his official capacity as Chief of Police for the City of Vallejo; ERIC JENSEN, in his individual and official capacity as a police officer for the City of Vallejo,<br><br>　　　　Defendants. | Case No. 2:06-CV-02769-GEB-EFB<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING EXPERT WITNESS DISCLOSURE DEADLINES**<br><br>Judge:　　　Hon. Garland E. Burrell, Jr.<br><br>Trial Date:　August 26, 2008 |

　　　IT IS HEREBY STIPULATED between the parties that the dates currently set regarding Rule 26 expert disclosure per Your Honor's March 7, 2007, Status (Pretrial Scheduling) Order need to be continued for a period of time to allow the parties additional time to perform discovery to assist in such determination and to evaluate the need for the retention of any such experts.  This matter was filed on December 1, 2006.  Defendants answered the complaint on February 1, 2007.

　　　Though the parties jointly listed a proposed expert disclosure date of August 10, 2007, in the parties' Joint Status Report filed March 5, 2007, and the Court set the date for Rule 26 expert disclosure for August 24, 2007, per the Court's March 7, 2007, Status (Pretrial Scheduling)

STIPULATION AND PROPOSED ORDER CONTINUING
EXPERT WITNESS DISCLOSURE DEADLINES - Case No.
2:06-CV-02769-GEB-EFB

Order, the parties now realize that this Rule 26 expert disclosure deadline does not allow the parties sufficient time to properly and fully prepare their respective cases. Discovery in this matter has just begun per disclosures and written discovery in March and April. Further, due to the respective conflicts in relation to the work and summer vacation schedules of all counsel, the depositions of the Plaintiffs, previously noticed by Defendants for April and June of 2007, will now not likely occur until late June and into mid July. Considering the fact that the trial of this matter is not set to go forward until August 26, 2008, an expert discovery deadline one full year prior to trial and only five months into discovery is not reasonable nor feasible under the circumstances. Further, the close of all discovery is not set to occur until January 24, 2008. Therefore, the parties need additional time for discovery and the evaluation of any need for retention of experts and the disciplines of such needed experts.

Good cause has been demonstrated by the parties and the currently set Rule 26 expert disclosure deadlines should be continued in the interests of substantial justice in this matter. As such, the parties propose the following new deadlines to amend the Court's March 7, 2007, Status (Pretrial Scheduling) Order, which will not impact any other set deadlines per this order, as follows:

| | |
|---|---|
| Expert Witness Disclosure and Report Deadline | November 16, 2007 |
| Rebuttal Expert Disclosure Deadline | December 7, 2007 |

IT IS SO AGREED.

LAW OFFICES OF JOHN L. BURRIS

Dated: _____, 2007     By:   /s/ Burris, John L.
                                        John L. Burris, Esq.
                                        Adante D. Pointer, Esq.
                                        Attorneys for Plaintiffs

Dated: _____, 2007     MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
                                  PFALZER, BORGES & BROTHERS LLP


                                  By:   /s/ Fitzgerald, James V.
                                     James V. Fitzgerald, III
                                     Noah G. Blechman
                                     Attorneys for Defendants
                                     CITY OF VALLEJO and ROBERT NICHELINI


                                  JONES & DYER


Dated: _____, 2007     By:   /s/ Jones, Mark
                                     Mark Jones, Esq.
                                     Attorney for Defendant ERIC JENSEN


## ORDER

The Court's March 7, 2007, Status (Pretrial Scheduling) Order, and the dates currently set for expert disclosure (pgs. 2:21-3:2 of the order) are hereby amended with the new dates listed below, as follows:

Expert Witness Disclosure and Report Deadline          November 16, 2007

Rebuttal Expert Disclosure Deadline                    December 7, 2007


IT IS SO ORDERED.


Dated: July 24, 2007

                                  By: _____
                                     Honorable Hon. Garland E. Burrell, Jr.
                                     United States District Court Judge